GIOVANNI TERRAGNI et al., Suing on Behalf of Themselves and All Other Creditors of LORENZO CIANCHETTA Respondents, *v.* ILLINOIS SURETY COMPANY, Appellant, Impleaded with Another.

*Terragni* v. *Illinois Surety Co.*, 155 App. Div. 894, affirmed.
(Argued March 9, 1915; decided March 23, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered February 10, 1913, affirming a judgment in favor of plaintiffs entered upon the report of a referee in an action in equity by the plaintiffs on their own behalf and of all other defrauded creditors and claimants of Lorenzo Cianchetta, who conducted a private bank in the city of New York, for an equal and ratable distribution of the proceeds of a certain bond for $15,000, made and executed on September 8, 1908, by the said banker as principal and the appellant, Illinois Surety Company, as surety, pursuant to chapter 185 of the Laws of 1907, as amended by chapter 479 of the Laws of 1908, conditioned that upon a default of the banker in transmitting or promptly paying over any money delivered to him, either for transmission or safekeeping, the said Illinois Surety Company would "pay all damages, costs and expenses."

*Nelson L. Keach* for appellant.

*Michael Schneiderman* for respondents.

Judgment affirmed, with costs, in accordance with the provisions of the last sentence of section 1317 of the Code of Civil Procedure; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.